**Krista LEWELLYN, o.b.o. J.L. and L.L., Todd Lewellyn, o.b.o. J.L. and L.L., Plaintiffs–Appellants,**

v.

**SARASOTA COUNTY SCHOOL BOARD, Defendant–Appellee.**

No. 10–12428.

United States Court of Appeals, Eleventh Circuit.

Sept. 29, 2011.

Kelli Jo Laker Leaf, Kelli Leaf, Esq., Atlanta, GA, Matthew W. Dietz, Law Of-

fice of Matthew Dietz, Miami, FL, for Plaintiffs–Appellants.

Edward K. Dubose, Arthur S. Hardy, Matthews, Eastmoore, Hardy, Crauwels & Garcia, P.A., Sarasota, FL, for Defendant–Appellee.

Before MARCUS, WILSON and HILL, Circuit Judges.

PER CURIAM:

At issue today is an appeal by Krista and Todd Lewellyn from the district court's order granting final summary judgment in favor of Sarasota County School Board. The Lewellyns had alleged that the School Board violated: (1) the Individuals with Disabilities Education Act, 20 U.S.C. § 1400 *et seq.*, by failing to provide their sons J.L. and L.L. with a free and appropriate public education; (2) Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794, and the Americans with Disabilities Act, 42 U.S.C. § 12132, by discriminating and retaliating against J.L. and L.L. on the basis of their disabilities; and (3) J.L.'s and L.L.'s due process rights under the Fifth and Fourteenth Amendment. The district court rejected each of these claims. After thorough review, we affirm the judgment of the district court based on its well-reasoned opinion of December 29, 2009.

AFFIRMED.